| | |
|---|---|
| **Service** | Instagram |
| **Target** | 2051659744 |
| **Generated** | 2016-05-11 19:46:55 UTC |
| **Date Range** | 2016-01-01 00:00:00 UTC to 2016-05-02 23:59:59 UTC |
| **NCMEC CyberTip Numbers** | |

| | | |
|---|---|---|
| **Name** | **First** | |
| | **Last** | |

| | |
|---|---|
| **Registered Email Addresses** | wolfmobb@icloud.com |

| | |
|---|---|
| **Vanity Name** | 5almighty_gang2 |

| | | |
|---|---|---|
| **Vanity Changes** | **Old Vanity** | 2_gmg |
| | **New Vanity** | 5almighty_gang2 |
| | **Time** | 2016-04-20 12:30:29 UTC |
| | **User Initiated** | false |

| | |
|---|---|
| **Registration Date** | 2015-05-04 15:39:11 UTC |

| | |
|---|---|
| **Registration Ip** | 2601:a:780:38f8:14c1:154f:a7c0:a5b5 |

| | | |
|---|---|---|
| **Account Closure Date** | **Account Still Active** | true |

| | |
|---|---|
| **Phone Numbers** | |

| | | |
|---|---|---|
| **Ip Addresses** | **IP Address** | 66.87.81.53 |
| | **Time** | 2016-05-02 22:52:31 UTC |
| | **Action** | v1_login |
| | | |
| | **IP Address** | 66.87.80.189 |
| | **Time** | 2016-05-02 19:22:18 UTC |
| | **Action** | v1_login |
| | | |
| | **IP Address** | 66.87.80.161 |
| | **Time** | 2016-05-02 15:00:08 UTC |
| | **Action** | v1_si_blocked |
| | | |
| | **IP Address** | 66.87.83.62 |
| | **Time** | 2016-05-02 00:08:36 UTC |
| | **Action** | v1_login |

|  |  |
|---|---|
| **Date Created** | 2016-01-01 15:00:03 UTC |
| **Status** | Active |
| **Text** | Roses are red power is black long stroke the fed's, fuck em we still going to count racks. One of us get shoot , a lot of niggas get whacked. One of us turn rotten.... SSHHH.... We D money that |

**Comments**

**Profile Picture**



**Photo Id:** 628128607215218

**Comments**

| **Id** | 17856336625016997 |
|---|---|
| **Date Created** | 2016-04-15 00:04:08 UTC |
| **Status** | Active |
| **Text** | @chucky2739 thanks for hatin☐☐☐☐these EMM$ r 4ever nigga |

| **Id** | 17846571685123090 |
|---|---|
| **Date Created** | 2016-04-14 06:15:30 UTC |
| **Status** | Active |
| **Text** | @_lilchop |

| **Id** | 17846571676123090 |
|---|---|
| **Date Created** | 2016-04-14 06:14:54 UTC |
| **Status** | Active |
| **Text** | Say no more☐☐ |

| **Id** | 17855157736017197 |
|---|---|
| **Date Created** | 2016-04-13 17:56:47 UTC |
| **Status** | Active |
| **Text** | Let's rock n roll |

| **Id** | 17859193627037669 |
|---|---|
| **Date Created** | 2016-04-12 11:58:24 UTC |
| **Status** | Active |
| **Text** | I don't c no flicks of me or spittle |

| **Id** | 18005716186061952 |
|---|---|
| **Date Created** | 2016-04-11 19:50:23 UTC |
| **Status** | Active |
| **Text** | Hills at me. @uncle_dot_ |

| **Id** | 18005716132061952 |
|---|---|
| **Date Created** | 2016-04-11 19:46:30 UTC |

**Status** Active
**Text** @uncle_dot_

**Id** 18005716129061952
**Date Created** 2016-04-11 19:46:19 UTC
**Status** Active
**Text** Wya lor buzzin

**Id** 17855124064063101
**Date Created** 2016-04-10 15:57:29 UTC
**Status** Active
**Text** Shotout to BADGUY

**Id** 17846528053083221
**Date Created** 2016-04-10 15:34:47 UTC
**Status** Active
**Text** Wuts ur #

**Id** 17858668897006544
**Date Created** 2016-04-10 12:54:38 UTC
**Status** Active
**Text** Already. @a1_rockyy

**Id** 17855480341062152
**Date Created** 2016-04-10 05:44:10 UTC
**Status** Active
**Text** U already. @_boooney

**Id** 17846514751083221
**Date Created** 2016-04-10 02:12:13 UTC
**Status** Active
**Text** Where u at dummy

**Id** 17855574754005523
**Date Created** 2016-04-09 20:59:29 UTC
**Status** Active
**Text** Wutsup nigga

**Id** 17856272848016392
**Date Created** 2016-04-09 14:37:31 UTC
**Status** Active
**Text** EMM$ overpower everything

**Id** 17846784037093687
**Date Created** 2016-04-09 11:38:47 UTC
**Status** Active
**Text** I got u. 🔫🔫🔫🔫🔫🔫🔫

**Id** 17855926798014043
**Date Created** 2016-04-08 20:50:30 UTC
**Status** Active
**Text** GMB 1000. @_d_o_t__

**Id** 17849827792066653
**Date Created** 2016-04-08 20:46:41 UTC
**Status** Active
**Text** Hell yeah

**Id** 17849503219069432
**Date Created** 2016-04-08 16:03:04 UTC
**Status** Active
**Text** Call me. 4438198801

**Id** 17846484271110671
**Date Created** 2016-04-08 15:09:23 UTC
**Status** Active
**Text** Is u ready?

**Id** 17847388327079288
**Date Created** 2016-04-06 15:15:31 UTC
**Status** Active
**Text** These 🔒🔒s r 4ever bby @keepingupwith_keaaa

**Id** 17856225787054754
**Date Created** 2016-04-06 07:27:08 UTC
**Status** Active
**Text** Already lor nigga. Hope I c u soon. @_lilchop

**Id** 17849425357067303
**Date Created** 2016-04-06 07:17:43 UTC
**Status** Active
**Text** Girl girl. Hey beautiful.

**Id** 17856225613054754
**Date Created** 2016-04-06 07:11:42 UTC
**Status** Active
**Text** Already

**Id** 17846475367100050
**Date Created** 2016-04-06 04:14:39 UTC
**Status** Active
**Text** Already. Bro. The definition of those 2 🔒🔒s r 4ever. The time has come to c if it's understood

**Id** 17844113752094357
**Date Created** 2016-01-26 20:26:43 UTC
**Status** Active
**Text** RP

**Id** 17844083365118740
**Date Created** 2016-01-26 20:25:51 UTC
**Status** Self-Deleted
**Text** Who be doing your hair sis

**Id** 17854897042025665
**Date Created** 2016-01-07 14:41:02 UTC
**Status** Media Author Deleted
**Text** U already know

**Id** 17854896958025665
**Date Created** 2016-01-07 14:30:30 UTC
**Status** Media Author Deleted
**Text** Ya slow

**Id** 17854896952025665
**Date Created** 2016-01-07 14:29:42 UTC

|  |  |
|---|---|
| **Status** | Media Author Deleted |
| **Text** | 􏰀􏰀􏰀􏰀􏰀􏰀􏰀􏰀􏰀􏰀􏰀􏰀 |
| **Id** | 17843907868091863 |
| **Date Created** | 2016-01-07 13:16:38 UTC |
| **Status** | Active |
| **Text** | @5200chi he always telling me this |
| **Id** | 17852377792008238 |
| **Date Created** | 2016-01-07 04:29:39 UTC |
| **Status** | Active |
| **Text** | Damn man |
| **Id** | 17843890345113933 |
| **Date Created** | 2016-01-07 04:24:54 UTC |
| **Status** | Active |
| **Text** | @yfg_chop k I got u |
| **Id** | 17852049448045422 |
| **Date Created** | 2015-12-30 04:48:00 UTC |
| **Status** | Self-Deleted |
| **Text** | @f_ash_ion_m  have u talk to him yet |
| **Id** | 17852023711045422 |
| **Date Created** | 2015-12-28 01:11:52 UTC |
| **Status** | Active |
| **Text** | @miss_mclovin88 soon real soon |
| **Id** | 17846868313071208 |
| **Date Created** | 2015-12-26 19:39:55 UTC |
| **Status** | Active |
| **Text** | What is your number |
| **Id** | 17849586214032178 |
| **Date Created** | 2015-12-03 21:19:58 UTC |
| **Status** | Active |
| **Text** | Oh ok I know u happy |
| **Id** | 17849586142032178 |
| **Date Created** | 2015-12-03 21:12:05 UTC |
| **Status** | Active |
| **Text** | She had the baby yet |
| **Id** | 17843459545111070 |
| **Date Created** | 2015-12-03 20:53:29 UTC |
| **Status** | Active |
| **Text** | @5200chi hell yea |
| **Id** | 17843113975067745 |
| **Date Created** | 2015-10-20 12:56:52 UTC |
| **Status** | Active |
| **Text** | @miss_mclovin88 k I got u |
| **Id** | 17843113765067745 |
| **Date Created** | 2015-10-20 12:54:15 UTC |
| **Status** | Active |
| **Text** | @miss_mclovin88 this his wife he should be calling in a minute dm your number and I will 3 way u babe |